IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TAVIA WAGNER,<br><br>        Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC. d/b/a<br>Circle K Store #9756,<br><br>        Defendant. | Civil Action No. 6:23-cv-00772-WWB |

## NOTICE OF SETTLEMENT

Plaintiff TAVIA WAGNER and Defendant CIRCLE K STORES INC. (the "Parties"), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted, the 21st day of July, 2023.

| | |
|---|---|
| */s/ Joe M. Quick*<br>Joe M. Quick<br>Florida Bar No. 0883794<br>Law Office of Joe Quick, P.A.<br>1224 S. Peninsula Dr., Suite 619<br>Daytona Beach, FL 32118<br>Phone: (386) 212-3591<br>Email: joemquickesq@gmail.com<br><br>*Counsel for Plaintiff Tavia Wagner* | */s/ Kristen A. Taylor*<br>Kristen A. Taylor<br>Florida Bar No. 1019775<br>McDermott Will & Emery LLP<br>1180 Peachtree Street NE, Suite 3350<br>Atlanta, GA 30309<br>Phone: (404) 260-8580<br>Email:  kataylor@mwe.com<br><br>*Counsel for Defendant Circle K Stores Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                                */s/ Kristen A. Taylor*
                                                Kristen A. Taylor